Of Counsel:

BAYS LUNG ROSE & VOSS

HARVEY J. LUNG            2991-0
Attorney at Law
A Law Corporation
STEVEN T. WALL            10910-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
Email:      hlung@legalhawaii.com
            swall@legalhawaii.com

Attorneys for Defendants
HARRIS RESEARCH, INC.,
DAN TARATIN, SHELDON YELLEN,
RUSTY ARMARANTE, CURT ARNOLD,
DOUG SMITH, ED QUINLAN,
WILLIAM ZINKE, MELANIE PARKER,
and JOTHAM HATCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOSPITALITY FUTURE LABS, LLC and ADAM SCHRODER,<br><br>          Plaintiff,<br><br>   vs.<br><br>HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED | CIVIL NO. CV 22-00160 HG-WRP<br><br>DEFENDANT HARRIS RESEARCH, INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br>*(caption continued on next page)* |

| | |
|---|---|
| QUINLAN; WILLIAM ZINKE; MELANIE PARKER; JOTHAM HATCH; and DOES 1-25 | ) ) ) ) |
| Defendants. | ) ) ) |

DEFENDANT HARRIS RESEARCH, INC.'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I, the undersigned, counsel of record for Defendant Harris Research, Inc. ("Harris Research"), certify to the best of my knowledge and belief:

- ☐ My client has no corporate interests to be certified under F.R.C.P. 7.1.

- ☒ My client has the following parent corporations and/or publicly held corporations that own 10% or more of its stock.

Harris Research is a corporation organized under the laws of the State of Utah with its headquarters and principal place of business located in the State of Tennessee. Harris Research is owned 100% by HRI Holdings, Inc. HRI Holdings, Inc. is owned 100% by BELFOR USA Group, Inc. No publicly held corporations own 10% or more of Harris Research's stock.

2
1083128.1

DATED: Honolulu, Hawaii, April 13, 2022.

/s/ Steven T. Wall
HARVEY J. LUNG
STEVEN T. WALL

Attorneys for Defendant
HARRIS RESEARCH, INC.,
DAN TARATIN, SHELDON YELLEN,
RUSTY ARMARANTE, CURT ARNOLD,
DOUG SMITH, ED QUINLAN,
WILLIAM ZINKE, MELANIE PARKER,
and JOTHAM HATCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOSPITALITY FUTURE LABS, LLC and ADAM SCHRODER,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED QUINLAN; WILLIAM ZINKE; MELANIE PARKER; JOTHAM HATCH; and DOES 1-25<br><br>    Defendants. | CIVIL NO. CV 22-00160 HG-WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served electronically through CM/ECF on the following party on April 13, 2022:

1083128.1

JACK R. NAIDITCH, ESQ.
*(jnaiditch7@gmail.com)*
Law Offices of Jack R. Naiditch, Inc.
P.O. Box 485
Kula, Hawaii 96790

Attorneys for Plaintiff
HOSPITALITY FUTURE LABS, LLC
and ADAM SCHRODER

DATED: Honolulu, Hawaii, April 13, 2022.

        /s/ Steven T. Wall
        HARVEY J. LUNG
        STEVEN T. WALL

        Attorneys for Defendants
        HARRIS RESEARCH, INC.,
        DAN TARATIN, SHELDON YELLEN,
        RUSTY ARMARANTE, CURT ARNOLD,
        DOUG SMITH, ED QUINLAN,
        WILLIAM ZINKE, MELANIE PARKER,
        and JOTHAM HATCH