Of Counsel:

LUNG ROSE VOSS & WAGNILD

HARVEY J. LUNG         2991-0
Attorney at Law
A Law Corporation
KIRA J. GOO             11519-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:   (808) 533-4184
Email:   hlung@legalhawaii.com
           kgoo@legalhawaii.com

Attorneys for Defendants
HARRIS RESEARCH, INC.,
DAN TARATIN, SHELDON YELLEN,
RUSTY ARMARANTE, CURT ARNOLD,
DOUG SMITH, ED QUINLAN,
WILLIAM ZINKE, MELANIE PARKER,
and JOTHAM HATCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOSPITALITY FUTURE LABS, LLC and ADAM SCHRODER,<br><br>           Plaintiff,<br><br>vs.<br><br>HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED | CIVIL NO. CV 22-00160 HG-WRP<br><br>NOTICE OF APPEARANCE OF KIRA J. GOO AND DISASSOCIATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Judge: Honorable Wes Reber Porter<br>No Trial Date Set |

1301506.1

```
QUINLAN; WILLIAM ZINKE;        )
MELANIE PARKER; JOTHAM         )
HATCH; and DOES 1-25           )
                               )
         Defendants.           )
                               )
```

NOTICE OF APPEARANCE OF KIRA J. GOO
AND DISASSOCIATION OF COUNSEL

PLEASE TAKE NOTICE that KIRA J. GOO of Lung Rose Voss & Wagnild hereby enters her appearance in this case for HARRIS RESEARCH, INC., DAN TARATIN, SHELDON YELLEN, RUSTY ARMARANTE, CURT ARNOLD, DOUG SMITH, ED QUINLAN, WILLIAM ZINKE, MELANIE PARKER, and JOTHAM HATCH (collectively "Defendants") and hereby request that all pleadings, documents and other papers served or filed in this case be served upon the following:

>   HARVEY J. LUNG, ESQ.
>   *hlung@legalhawaii.com*
>   KIRA J. GOO, ESQ.
>   *kgoo@legalhawaii.com*
>   Lung Rose Voss & Wagnild
>   700 Bishop Street, Suite 900
>   Honolulu, Hawaii  96813

NOTICE IS HEREBY FURTHER PROVIDED that Steven T. Wall is no longer associated as counsel for Defendants.  Request is hereby made that his name be removed from all pleadings, documents and other papers, and from the Judiciary Electronic Filing System for this case.

2

1301506.1

Harvey J. Lung will continue as counsel of record for Defendants.

DATED: Honolulu, Hawaii, May 10, 2024

          /s/ *Kira J. Goo*
          HARVEY J. LUNG
          KIRA J. GOO

          Attorneys for Defendant
          HARRIS RESEARCH, INC.,
          DAN TARATIN, SHELDON YELLEN,
          RUSTY ARMARANTE, CURT ARNOLD,
          DOUG SMITH, ED QUINLAN,
          WILLIAM ZINKE, MELANIE PARKER,
          and JOTHAM HATCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOSPITALITY FUTURE LABS, LLC and ADAM SCHRODER, <br><br> Plaintiff, <br><br> vs. <br><br> HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED QUINLAN; WILLIAM ZINKE; MELANIE PARKER; JOTHAM HATCH; and DOES 1-25 <br><br> Defendants. | CIVIL NO. CV 22-00160 HG-WRP <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served electronically through CM/ECF on the following parties on May 10, 2024:

1301506.1

JACK R. NAIDITCH, ESQ.
*jnaiditch7@gmail.com*
Law Offices of Jack R. Naiditch, Inc.
P.O. Box 485
Kula, HI  96790
    and
TODD E. ZENGER, ESQ. *(pro hac vice)*
*tzenger@durenip.com*
Duren IP
610 E. South Temple Street, Suite 300
Salt Lake City, UT  84103

Attorneys for Plaintiff
HOSPITALITY FUTURE LABS, LLC
and ADAM SCHRODER

DATED: Honolulu, Hawaii, May 10, 2024.

                    /s/ *Kira J. Goo*
                    HARVEY J. LUNG
                    KIRA J. GOO

                    Attorneys for Defendants
                    HARRIS RESEARCH, INC.,
                    DAN TARATIN, SHELDON YELLEN,
                    RUSTY ARMARANTE, CURT ARNOLD,
                    DOUG SMITH, ED QUINLAN,
                    WILLIAM ZINKE, MELANIE PARKER,
                    and JOTHAM HATCH