ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**HOSPITALITY FUTURE LABS, LLC** and **ADAM SCHRODER,**

      Plaintiff,

v.

**HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED QUINLAN; WILLIAM ZINKE; MELANIE PARKER; JOTHAM HATCH; and DOES 1-25**

      Defendant.

Case No. CV 22-00160 HG-WRP

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 10 2024
at 2 o'clock and 51 min. P M
Lucy H. Carrillo, Clerk

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Campaign Legal Center hereby gives notice that this action is voluntarily dismissed. Defendant Federal Election Commission has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: Jun 6th, 2024

Respectfully submitted,
Adam Schroder
Hospitality Future Labs, LLC
601 S Papa Ave
(713) 569-8583
cto@hospitalityfuturelabs.com

Received By Mail
Date 6/10/24

Mailed On
Date 6/12/24