IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**HOSPITALITY FUTURE LABS, LLC and ADAM SCHRODER,**

    Plaintiff,

v.

**HARRIS RESEARCH, INC.; DAN TARATIN; SHELDON YELLEN; RUSTY ARMARANTE; CURT ARNOLD; DOUG SMITH; ED QUINLAN; WILLIAM ZINKE; MELANIE PARKER; JOTHAM HATCH; and DOES 1-25**,

    Defendant.

Case No. CV 22-00160 HG-WRP

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: Jun 16th, 2024

    Respectfully submitted,
    Adam Schroder
    Hospitality Future Labs, LLC
    601 S Papa Ave
    (713) 569-8583
    cto@hospitalityfuturelabs.com

  

NOTICE of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) *(unsigned)* - by Hospitality Future Labs, LLC, Adam Schroder. This document is not signed. Furthermore, the body of the document reflects "Plaintiff Campaign Legal Center" and "Defendant Federal Election Commission", who do not appear to be parties in the instant case. (Attachments: # 1 Mailing Documentation)(eta) (Entered: 06/12/2024)



See enclosed updAted & corrected Notice to dismiss

